UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. BURRAGE, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13-CV-1421 SNLJ (NCC) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation (#20), filed July 29, 2014. Having duly considered the plaintiff's objections (#21) to the detailed Report and Recommendation,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Noelle C. Collins (#20) be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is **DENIED** and that Judgment shall be entered in favor of Defendant.

Dated this 15th day of September, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE